IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv104

| | |
|---|---|
| PORTER'S GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PENDLETON SAFE COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Consent Motion to Seal [# 4]. Pursuant to Local Rule 6.1, Plaintiff moves to file under seal several of the documents attached to the Complaint. The documents are manufacturing drawings of Defendant's products. Defendant contends that the documents are confidential or trade secrets. Plaintiff has agreed to move to place these documents under seal.

Upon consideration of Local Rule 6.1, and taking into account the requirements set forth by the Fourth Circuit in Media Gen. Operations, Inc. v. Buchanan, 417 F.3d 424 (4th Cir. 2005), the Court **GRANTS** the Motion to Seal [# 4]. Pending further Order of this Court, Exhibits 1-7 attached to the Complaint [# 1-1 through # 1-7] shall remain under seal with access restricted to the Court and the attorneys of record in this case.

Signed: August 2, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge